**Order entered May 20, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-20-00858-CV

### MICHAEL B. MORENO, Appellant

### V.

### ALAN HALPERIN, AS TRUSTEE OF THE GFES LIQUIDATION TRUST, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-01025

### ORDER

Before the Court is appellant's May 19, 2021 unopposed second motion for an extension of time to file a brief.[1]  We **GRANT** the motion and extend the time to **July 12, 2021**.  We caution appellant that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE

---

[1] The motion is filed on behalf of appellant Michael B. Moreno and MOR MGH Holdings, LLC.  As Michael B. Moreno is the only party who filed a notice of appeal, MOR MGH Holdings, LLC is not before the Court.